UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 17-12114-NMG

BENE IRENE RICHARDSON, ET AL

v.

HALLMARK HEALTH SYSTEMS, INC., ET AL

ORDER OF DISMISSAL

GORTON, D.J.

In accordance with the Stipulation of Dismissal filed by the parties on 4/18/18, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/s/ Christine M. Lima
Deputy Clerk

April 19, 2018

To: All Counsel